UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL A. BORDIERI and ANDREA J. COSTA, Trustees of JACKSON CONSTRUCTION COMPANY, a Massachusetts Business Trust, PAUL A. BORDIERI, Individually<br><br>Defendants,<br><br>and<br><br>SOVEREIGN BANK, NA, APPLETON PARTNERS, INC. and CAMBRIDGE APPLETON TRUST, NA,<br><br>Trustee Process Defendants. | C.A. No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiff, United States Fidelity & Guaranty Company ("USF&G") identifies the following parent corporation or publicly held corporation that owns ten percent (10%) or more of its stock:

St. Paul Travelers is the holding company having 100 percent of USF&G Stock.

          UNITED STATED FIDELITY AND GUARANTY COMPANY,
By its attorneys,

Kevin J. O'Connor   BBO 555248
Scott S. Spearing    BBO 562080
HERMES, NETBURN, O'CONNOR
      & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA 02110
(617) 728-0050
(617) 728-0052 (F)

Dated: July 1, 2005
G:\DOCS\KJO\St Paul Travelers\Pleadings\Complaint.doc

2