United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PAUL A. BORDIERI and ANDREA J. COSTA, Trustees of JACKSON CONSTRUCTION COMPANY, a Massachusetts Business Trust, PAUL A. BORDIERI, Individually, <br><br> Defendants, <br><br> and <br><br> SOVEREIGN BANK, NA, APPLETON PARTNERS, INC. and CAMBRIDGE APPLETON TRUST, NA, <br><br> Trustee Process Defendants. | Civil Action No. 05-11397-NMG <br><br><br> **SEALED** |

**SUMMONS TO TRUSTEE**

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendants Paul A. Bordieri and Andrea J. Costa, Trustees of Jackson Trust Company, a Massachusetts Business Trust, and Paul A. Bordieri, Individually, are in your hands or possession at the time of the service of this summons

-1-



upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, United States Fidelity and Guaranty Company, whose attorneys are Kevin J. O'Connor and Scott S. Spearing, of Boston, MA, may recover in an action brought against the said defendants in this Court to the value of $1,984,143.64, with respect to Paul A. Bordieri, and $3,492,778.00, with respect to Jackson Construction Company. Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on July 1, 2005. This attachment was approved on July 7, 2005 by United States District Judge Nathaniel M. Gorton in the amounts stated above.

If the credits of the said defendants which are in your hands or possession include wages for personal labor or personal services of said defendants, you are hereby notified that an amount not exceeding $125 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendants in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendants which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100 for

each week which has elapsed since the last preceding payment under such pension was payable to said defendants, and $100 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendants in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendants in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, Chapter 246, Section 28A, $500 owned by the said defendants (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500 exemption at any one time.

Dated this ___7th___ day of ___July, 2005___

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk