United States District Court
District of Massachusetts

United States Fidelity and Guaranty Company, )
                               Plaintiff       )

v.
Paul A. Bordieri and Andrea Costa,
Trustees of Jackson Construction Company,
Paul A. Bordieri, Individually,

                         Defendants      )    CASE # 05 - 11397-NMG

and

Sovereign Bank of New England, NA,
Appleton Partners, Inc. and
Cambridge Appleton Trust, NA,

        Trustee Process Defendants

**CORPORATE DISCLOSURE STATEMENT OF
JACKSON CONSTRUCTION COMPANY**

Pursuant to F.R.C.P. Rule 7.1 and Local Rule 7.3, Jackson Construction Company hereby submits the following corporate disclosure statement:

Jackson Construction Company is a Massachusetts business trust. It has no parent company, nor does any publicly held company own any of its stock.

                                       Jackson Construction Company
                                       By Its Attorney

Dated: July 20, 2005

                                       Kieran B. Meagher, BBO# 340920
                                       Kieran B. Meagher Associates LLC
                                       92 Montvale Avenue
                                       Stoneham, MA 02180
                                       (781) 246-1101

<u>Certificate of Service</u>

I hereby certify that on this 20th day of July, 2005, I served a copy of the within Corporate Disclosure Statement of Jackson Construction Company by in-hand delivery to:

Scott S. Spearing, Esq.
Hermes, Netburn, O'Connor & Spearing
111 Devonshire Street, 8th Floor
Boston, MA 02109

And by first-class mail, postage prepaid, to

Appleton Partners, Inc.
45 Milk Street, 8th Fl.
Boston, MA 02109

Cambridge Appleton Trust, N.A.
45 Milk Street, 8th Fl.
Boston, MA 02109

Sovereign Bank of New England, N.A.
75 State Street
Boston, MA 02109

_____
Kieran B. Meagher