AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

United States Fidelity and Guaranty
Company

V.

Paul A. Bordieri and Andrea J. Costa,
Trustees of Jackson Construction
Company, a Massachusetts Business
Trust, Paul A. Bordieri, Individually
and
Sovereign Bank of New England, NA,
Appleton Partners, Inc. and Cambridge
Appleton Trust, NA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11397 NMG

TO: (Name and address of Defendant)

Andrea J. Costa, Trustee of Jackson Construction Company
27 Brookview Road
Millis, MA 02054

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. O'Connor
Hermes, Netburn, O'Connor & Spearing, PC
111 Devonshire Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

7-1-05

DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | July 08, 2005 |
| NAME OF SERVER  BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:~~
_____

Said service was made at: __27 BROOKVIEW ROAD, MILLIS__, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE $ __60.00__    Trips _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __July 08, 2005__    _[signature] Brian Doyle_
Date                             Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA 02109              Fax #         (617) 720-5737