%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

United States Fidelity and Guaranty Company

V.

Paul A. Bordieri and Andrea J. Costa,
Trustees of Jackson Construction
Company, a Massachusetts Business Trust,
Paul A. Bordieri, Individually
and
Sovereign Bank of New England, NA,
Appleton Partners, Inc. and Cambridge
Appleton Trust, NA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05  11397 NMG

TO: (Name and address of Defendant)

Paul A. Bordieri, Individually
376 West Street
Reading, MA 01867

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. O'Connor
Hermes, Netburn, O'Connor & Spearing, PC
111 Devonshire Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_____
(By) DEPUTY CLERK

DATE  7-1-05

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | July 08, 2005 |
| NAME OF SERVER  THOMAS G. JACKSON | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
**Corinne Bordieri, Wife and Agent.**

Said service was made at: **376 West Street, Reading** , MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____ , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ **55.00**   1P / \_\_\_\_ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **July 08, 2005**
Date

*Signature of Server:* Thomas G. Jackson

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE \_\_\_\_ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
|  |  |  | $ \_\_\_\_ |
|  |  |  | $ \_\_\_\_ |
|  |  |  | $ \_\_\_\_ |
|  |  |  | $ \_\_\_\_ |
|  |  |  | $ \_\_\_\_ |
|  |  |  | $ \_\_\_\_ |
|  |  | TOTAL | $ \_\_\_\_ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

**One Devonshire Place**
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737