UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>PAUL A. BORDIERI and ANDREA COSTA, TRUSTEES OF JACKSON CONSTRUCTION COMPANY, PAUL A. BORDIERI, INDIVIDUALLY,  )<br><br>Defendants,  )<br><br>and  )<br><br>SOVEREIGN BANK OF NEW ENGLAND, N.A., APPLETON PARTNERS, INC. and CAMBRIDGE APPLETON TRUST, N.A.,  )<br><br>Trustee Process Defendants.  ) | Civil Action No. 05-11397-NMG |

## NOTICE OF APPEARANCE

Please enter my appearance in this matter on behalf of trustee process defendant Appleton Partners, Inc.

/s/ Sara A. Laroche

_____
Sara A. Laroche, BBO #652479
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Dated: July 26, 2005                              Tel:  617-367-1970