UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL A. BORDIERI and ANDREA J. COSTA, Trustees of JACKSON CONSTRUCTION COMPANY, A Massachusetts Business Trust, PAUL A. BORDIERI, Individually<br><br>Defendants,<br><br>and<br><br>SOVEREIGN BANK, NA APPLETON PARTNERS, INC. and CAMBRIDGE APPLETON TRUST, NA<br><br>Trustee Process Defendants. | C.A. No. 05-11397 NMG |

### ANSWER OF CAMBRIDGE APPLETON TRUST, NA
### IN RESPONSE TO SUMMONS TO TRUSTEE

Pursuant to Rule 64 of the Federal Rules of Civil Procedure and Rule 4.2 of the Massachusetts Rules of Civil Procedure, Cambridge Appleton Trust, NA ("Trust Company") responds to the "Summons to Trustee," dated July 7, 2005 served upon it on July 7, 2005 by plaintiff United States Fidelity and Guaranty Company, as follows:

As of the date of service of the Summons to Trustee, the Trust Company had no funds of defendant in its hands or possession, not otherwise exempt.

Signed under the pains and penalties of this 25th day of July 2005.

CAMBRIDGE APPLETON TRUST, NA

By: *[signature]*
Quentin J. Greeley, Esq.
BBO 208580
1374 Massachusetts Avenue
Cambridge, Massachusetts 02138
(617) 864-8700

DATED: July 25, 2005

## CERTIFICATE OF SERVICE

I hereby Certify that on this 25th day of July, 2005 I served a copy of the foregoing document, by first-class mail, postage prepaid, to:

Scott S. Spearing, Esq.
Hermes, Netburn, O'Connor & Spearing
111 Devonshire Street- 8th Fl.
Boston, MA 02109

Kieran B. Meagher
Kieran B. Meagher Associates LLC
92 Montvale Avenue, Suite 4180
Stoneham, MA 02180

Appleton Partners, Inc.
45 Milk Street, 8th Fl.
Boston, MA 02109

Sovereign Bank of New England, NA
75 State Street
Boston, MA 02109

*[signature]*
Quentin J. Greeley