# Sovereign Bank

TRUSTEE'S ANSWER                                              EFFECTS

## THE COMMONWEALTH OF MASSACHUSETTS

BOSTON:ss                                              UNITED STATES
DISTRICT COURT
                                              CASE NO. 05-11397NMG

**United States Fidelity and Guaranty Company**

v.

**Paul a Bordier & Andrea J Costa, Trustees of Jackson Construction Company**

ANSWER OF ALLEGED TRUSTEE

And now Sovereign Bank, Summoned as trustee of the principal defendant **Paul a Bordier &Andrea J Costa, Trustees of Jackson Construction Company** in the above-entitled action, and appears by Susan R Davison its Manager, and makes answer that it had in its hand subject to attachment the sum of **Nine Thousand Eight Hundred Sixty Four Dollars and Eighty Seven Cents ($9,864.87)** standing in the name **Jackson Construction Company**, 0f this the said Susan R Davison submits herself to examination upon her oath.

The foregoing answer is made and subscribed to under the penalties of perjury.

                                              Sovereign Bank

                                              By: *[signature]*
                                              Susan R Davison
                                              Manager
                                              Mail Stop MA1 MB3 02 10
July 22, 2005                                  P. O. Box 841005
                                              Boston, MA 02284
                                              Phone (617) 533-1789
                                              Fax (617) 533-1931

www.sovereignbank.com


# Sovereign Bank

Court Ordered Processing – MA1 MB3 02 10 – P O. Box 841005 – Boston, MA 02284

July 22, 2005

United States District Court
US Court House
1 Courthouse Way
Boston MA 02210

Attn: Tony Anastas

RE: **United States Fidelity and Guaranty Company.**
    vs
   **Paul A Bordieri & Andrea J Costa Trustees of Jackson Construction Company**

Dear Sir or Madam

Enclosed is Trustee's **Answer** to the above-named Summons to Trustee. Please file same.

Very truly yours,

Susan R Davison
Manager
(617) 533-1109

SRD:pb
Enclosure

cc: **Kevin J O'Connor**
    **111 Devonshire Street Eight FL**
    **Boston MA 02110**

www.sovereignbank.com