UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>PAUL A. BORDIERI and ANDREA COSTA, TRUSTEES OF JACKSON CONSTRUCTION COMPANY, PAUL A. BORDIERI, INDIVIDUALLY, )<br><br>Defendants, )<br><br>and )<br><br>SOVEREIGN BANK OF NEW ENGLAND, N.A., APPLETON PARTNERS, INC. and CAMBRIDGE APPLETON TRUST, N.A., )<br><br>Trustee Process Defendants. ) | Civil Action No. 05-11397-NMG |

### APPLETON PARTNERS, INC.'S ASSENTED TO MOTION
### FOR EXTENSION OF TIME TO ANSWER

Trustee process defendant Appleton Partners, Inc. ("Appleton Partners") hereby submits this assented to motion to extend the period of time until August 1, 2005 in which it has to answer with respect to the Summons to Trustee served in this matter by Plaintiff United States Fidelity and Guaranty Company ("USF&G").

In support thereof, Appleton Partners states as follows:

1. Plaintiff USF&G filed the Complaint in this matter on July 1, 2005.

2. An attachment in the case was allowed on July 7, 2005. Plaintiff USF&G thereafter served Appleton Partners with the Summons to Trustee.

3. Counsel for Appleton Partners contacted counsel for USF&G to seek an extension until August 1, 2005 for Appleton Partners to answer the Summons to Trustee.

4. Counsel for USF&G has agreed to the requested extension.

WHEREFORE, Appleton Partners respectfully requests that the Court grant this motion for an extension until August 1, 2005 to answer the Summons to Trustee. Appleton Partners requests that the Court enter an order in accordance with its request.

                                             APPLETON PARTNERS, INC.
                                             By its attorneys,

                                             /s/ Sara A. Laroche
                                             _____
                                             David E. Lurie, BBO# 542030
                                             Sara A. Laroche, BBO #652479
                                             Lurie & Krupp, LLP
                                             One McKinley Square
                                             Boston, MA 02109
Dated: July 27, 2005                  Tel: 617-367-1970