UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL A. BORDIERI and ANDREA COSTA, TRUSTEES OF JACKSON CONSTRUCTION COMPANY, PAUL A. BORDIERI, INDIVIDUALLY,<br><br>    Defendants,<br><br>    and<br><br>SOVEREIGN BANK OF NEW ENGLAND, N.A., APPLETON PARTNERS, INC. and CAMBRIDGE APPLETON TRUST, N.A.,<br><br>    Trustee Process Defendants. | Civil Action No. 05-11397-NMG |

## NOTICE OF APPEARANCE

Please enter my appearance in this matter on behalf of trustee process defendant Appleton Partners, Inc.

/s/ David E. Lurie

_____
David E. Lurie, BBO# 542030
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Dated:  August 1, 2005                                   Tel: 617-367-1970

Case 1:05-cv-11397-NMG     Document 21     Filed 08/01/2005     Page 2 of 2