UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL A. BORDIERI and ANDREA COSTA, TRUSTEES OF JACKSON CONSTRUCTION COMPANY, PAUL A. BORDIERI, INDIVIDUALLY,<br><br>Defendants,<br><br>and<br><br>SOVEREIGN BANK OF NEW ENGLAND, N.A., APPLETON PARTNERS, INC. and CAMBRIDGE APPLETON TRUST, N.A.,<br><br>Trustee Process Defendants. | Civil Action No. 05-11397-NMG |

## ANSWER OF TRUSTEE PROCESS DEFENDANT APPLETON PARTNERS, INC.

Pursuant to Rule 64 of the Federal Rules of Civil Procedure and Rule 4.2 of the Massachusetts Rules of Civil Procedure, trustee process defendant Appleton Partners, Inc. ("Appleton Partners") answers the Summons to Trustee dated July 7, 2005 and served upon it by Plaintiff United States Fidelity and Guaranty Company ("USF&G").

As of the date of service of the Summons to Trustee, Appleton Partners had no funds in the name of defendant Jackson Construction Company in its hands, possession, or control, not otherwise exempt. As of the date of service of the Summons to Trustee, Appleton Partners had

funds with a value of $2,380,471 in the name of defendant Paul A. Bordieri in its hands, possession, or control, in account number A0086, not otherwise exempt.

Signed under the pains and penalties of perjury this 1st day of August, 2005.

APPLETON PARTNERS, INC.

By: Douglas Chamberlain, President
45 Milk Street
Boston, Massachusetts 02109


LURIE & KRUPP, LLP
David E. Lurie, BBO# 542030
Sara A. Laroche, BBO #652479
One McKinley Square
Boston, Massachusetts 02109
(617) 367-1970

Attorneys for Trustee Process Defendant
APPLETON PARTNERS, INC.

Dated: August 1, 2005