UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL A. BORDIERI and ANDREA J. COSTA Trustees of JACKSON CONSTRUCTION COMPANY, a Massachusetts Business Trust, PAUL A. BORDIERI, Individually<br><br>    Defendants,<br>and<br><br>SOVEREIGN BANK, NA, APPLETON PARTNERS, INC. and CAMBRIDGE APPLETON TRUST, NA,<br><br>    Trustee Process Defendants. | C.A. No. 05-11397 NMG |

## STIPULATION OF DISMISSAL

All parties hereby stipulate and agree that all claims of all parties in the above-captioned matter may be and hereby are dismissed with prejudice and without costs, waiving all rights of appeal.

| | |
|---|---|
| UNITED STATES FIDELITY AND<br>GUARANTY COMPANY, | PAUL A. BORDIERI, ANDREA J. COSTA<br>JACKSON CONSTRUCTION COMPANY,<br>a Massachusetts Business Trust,<br>PAUL A. BORDIERI, Individually |
| By its Attorneys, | By Their Attorneys, |
| /s/ Kevin J. O'Connor<br>Kevin J. O'Connor BBO#555248<br>Scott S. Spearing BBO#562080<br>Hermes, Netburn, O'Connor & Spearing, PC<br>265 Franklin Street, 7th Floor<br>Boston, MA 02110-3113<br>(617) 728-0050<br>koconnor@hnso.org | /s/Kieran B. Meagher<br>Kieran B. Meagher, BBO#340920<br>Kieran B. Meagher Associates LLC<br>92 Montvale Avenue, Suite 4180<br>Stoneham, MA 02180<br>(781) 246-1101 |

2

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 10, 2006.

                                                                      /s/Kevin J. O'Connor

G:\DOCS\SSS\ST Paul Travelers\Pleadings\Stipulation.of.Dismissal.doc